**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KEVIN J. WATTS
ADC #657819                                                                                              PLAINTIFF

V.                                              4:11CV00176 JLH/JTR

DR. GARY STEWART,
Faulkner County Detention Center                                                     DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 3rd day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE